**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 01-1096**

—————————

CLIFTON P. PENNINGTON, JR.,

Plaintiff - Appellant,

versus

LARRY G. MASSANARI, ACTING COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION,

Defendant - Appellee.

—————————

Appeal from the United States District Court for the Western
District of Virginia, at Big Stone Gap.  James P. Jones, District
Judge.  (CA-00-7-2)

—————————

Submitted:  June 8, 2001          Decided:  June 28, 2001

—————————

Before WIDENER, NIEMEYER, and GREGORY, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Erick A. Bowman, WOLFE & FARMER, Norton, Virginia, for Appellant.
James A. Winn, Regional Chief Counsel, Region III, Patricia M.
Smith, Deputy Chief Counsel, Mona M. Bennett, Assistant Regional
Counsel, Office of the General Counsel, SOCIAL SECURITY ADMIN-
ISTRATION, Philadelphia, Pennsylvania; Robert P. Crouch, Jr.,
United States Attorney, Julie C. Dudley, Assistant United States
Attorney, Roanoke, Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Clifton Pennington appeals the district court's order upholding the Commissioner's denial of his claim for disability insurance benefits.  Pennington worked in the coal mining industry until he quit on February 15, 1995, because of groin and back pain.  Finding substantial evidence to support the Administrative Law Judge's determination that Pennington was physically capable of performing the full range of light work, did not suffer from a severe mental impairment, and was not disabled within the meaning of the Social Security Act, we affirm on the reasoning of the district court. See Hays v. Sullivan, 907 F.2d 1453, 1456 (4th Cir. 1990).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED